# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case Number: 5:02-cr-62-oc-10GRJ

RAYMOND DOMINIC BUCCINI

USM Number: 43095-018

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 5, 6, 7, 8, 9, and 10 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Positive urinalysis for Cocaine on September 11, 2007 in violation of Condition 7 of the Standard Conditions of Release | September 11, 2007 |
| 6 | Positive urinalysis for Cocaine on October 18, 2007 in violation of Condition 7 of the Standard Conditions of Release | October 18, 2007 |
| 7 | Positive urinalysis for Cocaine on October 22, 2007 in violation of Condition 7 of the Standard Conditions of Release | October 22, 2007 |
| 8 | Positive urinalysis for Cocaine on November 13, 2007 in violation of Condition 7 of the Standard Conditions of Release | November 13, 2007 |
| 9 | Association with a person convicted of a felony in violation of Condition 9 of the Standard Conditions of Supervision | September 8, 2007 |
| 10 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision | September 13, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: December 19, 2007

_____
**UNITED STATES DISTRICT JUDGE**

December  28 , 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

RAYMOND DOMINIC BUCCINI	Page 2 of 2
5:02-cr-62-oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 Months with no additional term of supervised release imposed**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal